# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1602
_____

ARMANDO ARCE,

    Appellant,

v.

JENNIFER ARCE,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Jennie Kinsey, Judge.

August 13, 2025

PER CURIAM.

The Court summarily affirms the lower tribunal's June 25, 2025, Order Denying Motion to Vacate. *See* Fla. R. App. P. 9.315(a).

RAY, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Armando Arce, pro se, Appellant.

No appearance for Appellee.